UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

17 MAY 17 PM 2:46

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

__Doris Jones__,)
                  )
       Plaintiff, )
                  )
   vs.            )  Cause No.
                  )
__Partners in Housing__,)
 Scott Armstrong  )   **1:17**-cv-**1609** TWP -MPB
       Defendant. )

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant _____ for discrimination as set forth below.

Plaintiff ____ DOES __✓__ DOES NOT (indicate which) demand a jury trial.

### I. PARTIES

Plaintiff's Name and Address     __Doris Jones__
                                 __3126 N. Capitol Ave__
                                 __Indpls. In. 46208__

Defendant's Name and Address     __Partners in Housing__
                                 __725 N. Pennsylvania__
                                 __Indpls. In. 46202__

### II. JURISDICTION

1. This complaint is brought pursuant to:

   __✓__ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1343(a)(4);

   _____ The Age Discrimination in Employment Act (29 U.S.C. § 621), and

jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

✓ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ Other (list): __Discrimination__

2. Plaintiff \_\_\_\_ DID \_\_\_\_ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Attach a copy of charge to this complaint**].

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about _____ (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

__Racial discrimination and retaliation__

## IV. FACTS IN SUPPORT OF COMPLAINT

Was training for a position african american Supervisor was replaced with white Supervisor she gave bad reports on all black employees, she was discharged for on facebook talking about all black employees went to EEOC so was let go of as of Dec. 15th now positions have been filled with white employees with bigger wages. (didn't receive position a white lady was brought in out of work release trained and given the position 3mos to 6mos later trained for property manager. I didn't even receive a severance after almost 5yrs.

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

Monitary    150,000.00

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this 17 day of may, 20 17.

_____
(Signature of Plaintiff)